FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERNEST STREBECK,<br><br>               Plaintiff,<br><br>   v.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation doing business in the State of Washington as Quality Loan Corp of Washington; and CITIMORTGAGE, INC., a New York corporation,<br><br>               Defendants. | NO: 2:17-CV-229-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' Joint Stipulation for Entry of Order Dismissing Action with Prejudice, ECF No. 26. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation for Entry of Order Dismissing Action with Prejudice, **ECF No. 26**, is **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 29, 2018.

                                  *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                  United States District Judge